UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHAD KISTER,

    Plaintiff,

v.

APPALACHIAN BEHAVIORAL
HEALTH CARE,

    Defendant.

Case No. 2:13-CV-00071
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

Plaintiff, who is proceeding *pro se*, filed this action on January 28, 2013. On March 7, 2013, Defendants filed their Motion to Dismiss this action pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). As of the date of this Order, Plaintiff has not responded to the motion.

Although Plaintiff's response time has run, given his *pro se* status, and in an abundance of caution, the Court will allow Plaintiff an additional **FOURTEEN (14) DAYS** from the date of this Order to respond to Defendants' Motion to Dismiss. Plaintiff is cautioned that failure to respond may result in dismissal of this action. Moreover, Plaintiff should not anticipate any further extensions. Defendants may reply within **FOURTEEN DAYS** of any responsive briefing.

The Clerk, in mailing this Order to Plaintiff, is **DIRECTED** to send Plaintiff a copy of Defendants' Motion to Dismiss (ECF No. 8).

**IT IS SO ORDERED.**

  6-3-2013
**DATE**

EDMUND A. SARGUS, JR.
**UNITED STATES DISTRICT JUDGE**