AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**CHAD KISTER,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO.  2:13-cv-00071**

**APPALACHIAN BEHAVIORAL**    **JUDGE EDMUND A. SARGUS, JR.**
**HEALTH CARE, et al.,**    **MAGISTRATE JUDGE TERENCE P. KEMP**

      **Defendants.**

___  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed January 23, 2014, JUDGMENT is hereby entered DISMISSING this case.**

Date: January 23, 2014      JOHN P. HEHMAN, CLERK

    */S/ Andy F. Quisumbing*
    (By) Andy F. Quisumbing
    Courtroom Deputy Clerk